**Order entered February 3, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00637-CV

### ROBERT M. MOORE AND REBECCA MOORE, Appellants

### V.

### THE BRIDGES ON TRAVIS, Appellee

**On Appeal from the County Court at Law No. 2**
**Grayson County, Texas**
**Trial Court Cause No. 2020-2-072CV**

## ORDER

Before the Court is appellants' February 2, 2021 third motion for extension of time to file their corrected brief. We **GRANT** the requested ten-day extension and **ORDER** the brief be filed no later than February 8, 2021. We caution appellants that failure to file the brief may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1).

/s/   KEN MOLBERG
JUSTICE